FILED: February 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1170

(3:14-cv-00258-JAG)

_____

JAMES HAYES; DEBERA GRANT; HERBERT WHITE, on behalf of themselves and others similarly situated

        Plaintiffs - Appellants

v.

DELBERT SERVICES CORPORATION

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:14-cv-00258-JAG |
| Date notice of appeal filed in originating court: | 02/18/2015 |
| Appellant (s) | James Hayes, Debera Grant and Herbert White |
| Appellate Case Number | 15-1170 |
| Case Manager | Cathi Bennett<br>804-916-2704 |